**HELTON LAW GROUP, LLP**
RALPH G. HELTON (State Bar No. 93864)
JAMES B. HILLSBURG (State Bar No. 199202)
ATTORNEYS AT LAW
401 East Ocean Boulevard, Suite 510
Long Beach, California 90802-4967
TELEPHONE: (562) 901-4499
FACSIMILE:  (562) 901-4488

ATTORNEYS FOR PETITIONER DOCTORS MEDICAL CENTER OF MODESTO, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCTORS MEDICAL CENTER MODESTO, INC. | Case No. CV-01522-GEB-GGH |
| Petitioner, | Assigned to the Hon. Garland E. Burrell, Jr. |
| vs. | **[PROPOSED] ORDER** |
| CARPENTERS HEALTH AND WELFARE TRUST FUND dba CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA and DOES 1 through 20, inclusive, | |
| Respondent. | |

USDC EDCA No. CV 01522-GEB-GGH
Proposed Order

1

PDF created with pdfFactory trial version www.pdffactory.com

1  Pursuant to the Stipulation of Dismissal signed by the parties, and pursuant to
2  FRCP 41(a)(1), the matter is ordered dismissed with prejudice.
3  **IT IS SO ORDERED.**
4  DATED: September 27, 2006

            /s/ Garland E. Burrell, Jr.
            GARLAND E. BURRELL, JR.
            United States District Judge

USDC EDCA No. CV 01522-GEB-GGH
Proposed Order

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

USDC EDCA No. CV 01522-GEB-GGH
Proposed Order

PDF created with pdfFactory trial version www.pdffactory.com